NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE OHIO WILLOW WOOD COMPANY,**
*Plaintiff/Counterclaim Defendant-Appellant,*

v.

**THERMO-PLY, INC.,**
*Defendant/Counterclaimant-Cross Appellant,*

**and**

**COASTAL LINERS, LLC,**
*Counterclaimant-Appellee.*

---

2010-1119, -1269

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0274, Judge Ron Clark.

---

## ON MOTION

---

## ORDER

Upon consideration of the parties' joint notice,

IT IS ORDERED THAT:

The appeals are consolidated and the revised official caption is reflected above. Thermo-Ply, Inc.'s and Coastal Liner's combined opening brief* is due within 40 days of the date of filing of this order. The remaining brief due dates are set forth in Fed. Cir. R. 31(a).

FOR THE COURT

FEB 2 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard E. Fee, Esq.
    Jeffrey S. Standley, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 8 2011

JAN HORBALY
CLERK

---

\* The cross-appellant and appellee are represented by the same counsel and must file a combined opening brief. For the cross-appellant's reply brief, only Thermo-Ply may argue.